# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISISIPI
## SOUTHERN DIVISION

| | |
|---|---|
| MARY JO ENGELS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CASE NO. 1:23cv19 LG-BWR |
| | * |
| WALMART, INC. D/B/A SAM'S CLUB | * |
| JOHN AND JANE DOES 1-5 | * |
| | * |
| | * |
| Defendants. | * |

## NOTICE OF REMOVAL

TO:   THE UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF MISSISSIPPI
      SOUTHERN DIVISION

Defendant, SAM'S WEST, INC., (incorrectly identified as "Walmart, Inc. d/b/a Sam's Club") (hereinafter "Sam's"), gives notice pursuant to 28 U.S.C. §§ 1441 and 1446 that this cause is hereby removed from the Circuit Court of Harrison County, Mississippi, to the United States District Court for the Southern District of Mississippi, Southern Division.  As grounds for this removal, Defendants show as follows:

1. An action was commenced against Sam's in the Circuit Court of Harrison County, Mississippi, entitled *"Mary Jo Engels*, Pla*intiff v. Walmart, Inc. d/b/a Sam's Club"* Civil Action No. 24CI1:22-CV-00292.  The state court file attached hereto as "Exhibit A" was filed in this action.

1

2. According to the Circuit Clerk's office for the Circuit Court of Harrison County, Mississippi, service of the initial pleading setting forth Plaintiff's claims for relief was affected upon Sam's on October 19, 2022, which was Sam's first actual notice of this action.

3. This notice of removal is filed in the United States District Court for the Southern District of Mississippi, Southern Division, after receipt by the Defendant of other papers setting forth the claim for relief upon which Plaintiff's action is based in accordance with 28 U.S.C. § 1446(b)(1). The Circuit Court of Harrison County, Mississippi, is within this Court's district and division; therefore, this action is properly removable to this Court under 28 U.S.C. § 1441(a) & (b).

4. This Court has diversity jurisdiction over this matter pursuant to the provisions of 28 U.S.C. § 1332 since the parties are diverse and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

5. Plaintiff is now and at all times material hereto, including at the time of the commencement of this action and this Notice of Removal, a citizen of the State of Mississippi.  In her Complaint, Plaintiff states that she is a resident of Mississippi. (Complaint, ¶ 1.)

6. Defendant Sam's West, Inc., is now and was at the commencement of this action, organized under the laws of the State of Arkansas, with its principal place of business in Arkansas. Defendant Walmart Inc. is a publicly traded corporation and is now, and was at the commencement of this action, organized under the laws of the State of Delaware, with its principal place of business in Arkansas.

7. Plaintiff's Complaint seeks an unspecified amount in compensatory damages for personal injuries Plaintiff, Mary Jo Engels, allegedly sustained when she fell in a restroom at Sam's, including physical injuries, emotional distress, loss of enjoyment of life, economical losses, past, present and

future medical expenses, permanent impairment and disabilities, and past, present and future pain and suffering. (Complaint, ¶23.)

8.  Therefore, on November 18, 2022 Sam's propounded its Requests for Admissions to Plaintiff as to the amount in controversy. On December 30, 2022, the Plaintiff filed her response to Sam's Requests for Admissions denying that the damages did not exceed $75,000.00, denying that the amount in controversy did not exceed $75,000.00, exclusive of interest and costs, and otherwise answering in a manner establishing that the jurisdictional amount in controversy had been met (Exhibit "B").

10. Diversity is complete, and the amount in controversy exceeds $75,000.00, exclusive of costs and interests.

11. This action may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441, as amended, because this action is a civil action of which the United States District Courts have original jurisdiction under 28 U.S.C. § 1332.

12. Pursuant to 28 U.S.C. §1446 (d), a true and correct copy of this Notice of Removal is filed with the Clerk of the Circuit Court of Harrison County, Mississippi, and a written notice of this removal has been served on all adverse parties as required by law.

13. If any questions arise as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief and oral argument in support of its position that this cause is removable.

Respectfully submitted this January 25, 2023.

                                      */s/ W. Pemble DeLashmet*
                                      W. PEMBLE DELASHMET    (MS8840)
                                      wpd@delmar-law.com
                                      CHAD C. MARCHAND        (MS102752)
                                      ccm@delmar-law.com
                                      MIGNON M. DELASHMET    (MS2896)
                                      mmd@delmar-law.com
                                      *Attorneys for Defendant Sam's West, Inc.*

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:    (251) 433-1577
Facsimile:    (251) 433-7994

CERTIFICATE OF SERVICE

      I hereby certify that I have on this day January 25, 2023 served a copy of the foregoing document upon counsel as listed below by electronic filing system, email, and/or depositing the same in the U. S. Mail, postage prepaid and properly addressed.

    William G. Shields
    Shields Goodson, PLLC
    555 Tombigbee St, Suite 100
    Jackson, MS  39201

                                        */s/ W. Pemble DeLashmet*
                                        OF COUNSEL